Tom S. Craven, Petitioner, *v.* Commissioner of Internal Revenue, Respondent.

Docket No. 1995.   Promulgated March 2, 1927.

*Gabe P. Allen, Esq.*, for the petitioner.
*Robert A. Littleton, Esq.*, for the respondent.

Love: This is a proceeding to redetermine a deficiency amounting to $80 in income tax for the year 1923. It was submitted on the pleadings. The deficiency arose from the disallowance by the respondent of a deduction of an alleged loss claimed by the petitioner to have resulted from the facts set forth in the findings, which are the only facts before us.

### FINDINGS OF FACT.

The petitioner owned $5,000 par value of the capital stock of the Federal Reserve & Guaranty Co. At a meeting of the stockholders of that corporation held March 4, 1922, it was determined to reduce the amount of the outstanding capital stock by one-half. On March 4, 1923, the petitioner surrendered to the corporation his $5,000 of stock and received in exchange therefor stock of the par value of $2,500.

> *The deficiency is redetermined to be $80. Order will be entered accordingly. See Appeals of Charles A. Gordon, 1 B. T. A. 1223; Coney & Parker Co., 2 B. T. A. 400.*